Case 2:20-cr-00572-AB  Document 1  Filed 11/13/20  Page 1 of 12  Page ID #:1

FILED
CLERK, U.S. DISTRICT COURT
11/13/20
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DM___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>KHOI NGUYEN,<br><br>　　　　Defendant. | CR 2:20-cr-00572-AB<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii): Possession with Intent to Distribute Methamphetamine; 18 U.S.C. § 1029(a)(2): Unlawful Use of Unauthorized Access Devices; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft; 18 U.S.C. § 1029(a)(3): Possession of Fifteen or More Counterfeit and Unauthorized Access Devices; 18 U.S.C. § 1344(2): Bank Fraud and Attempted Bank Fraud] |

　　The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)]

　　On or about February 23, 2017, in Orange County, within the Central District of California, defendant KHOI NGUYEN knowingly and intentionally possessed with intent to distribute at least five grams, that is, approximately 43.73 grams, of methamphetamine, a Schedule II controlled substance.

COUNT TWO

[18 U.S.C. § 1029(a)(2)]

Beginning on or about December 16, 2016, and continuing through on or about February 23, 2017, in Los Angeles and Orange Counties, within the Central District of California, defendant KHOI NGUYEN, knowingly and with intent to defraud, used unauthorized access devices (as defined in Title 18, United States Code, Sections 1029(e)(1) and (3)), namely, cards, account numbers, and other means of account access, belonging to victim P.C., and by such conduct obtained things of value aggregating at least $1,000 during a one-year period, with said use having an effect on interstate and foreign commerce.

COUNT THREE

[18 U.S.C. § 1028A(a)(1)]

Beginning on or about December 16, 2016, and continuing through on or about February 23, 2017, in Los Angeles and Orange Counties, within the Central District of California, defendant KHOI NGUYEN knowingly possessed, without lawful authority, means of identification that defendant NGUYEN knew belonged to another person, namely, the name of victim P.C., during and in relation to the offense of Unlawful Use of Unauthorized Access Devices, a felony violation of Title 18, United States Code, Section 1029(a)(2), as charged in Count Two of this Indictment.

COUNT FOUR

[18 U.S.C. § 1029(a)(3)]

On or about February 23, 2017, in Orange County, within the Central District of California, defendant KHOI NGUYEN, knowingly and with intent to defraud, possessed at least fifteen counterfeit and unauthorized access devices (as defined in Title 18, United States Code, Sections 1029(e)(1) and (3)), namely, approximately 38 credit cards, debit cards, and account numbers, all belonging to and in the names of persons other than defendant NGUYEN, with said possession affecting interstate and foreign commerce.

COUNT FIVE

[18 U.S.C. § 1028A(a)(1)]

On or about February 23, 2017, in Orange County, within the Central District of California, defendant KHOI NGUYEN knowingly possessed, without lawful authority, means of identification that defendant NGUYEN knew belonged to another person, namely, the name of victim W.J., during and in relation to the offense of Possession of Fifteen or More Unauthorized Access Devices, a felony violation of Title 18, United States Code, Section 1029(a)(3), as charged in Count Four of this Indictment.

COUNTS SIX THROUGH EIGHT

[18 U.S.C. § 1344(2)]

A. **INTRODUCTORY ALLEGATIONS**

At times relevant to this Indictment:

1. Wells Fargo, National Association ("Wells Fargo") was a financial institution insured by the Federal Deposit Insurance Corporation.

2. Bank of America, National Association ("Bank of America") was a financial institution insured by the Federal Deposit Insurance Corporation.

B. **SCHEME TO DEFRAUD**

3. Beginning on an unknown date, but no later than on or about April 27, 2017, and continuing through at least on or about August 10, 2017, in Los Angeles and Orange Counties, within the Central District of California, and elsewhere, defendant KHOI NGUYEN, knowingly and with the intent to defraud, devised, executed, and attempted to execute a scheme to obtain moneys, funds, credits, assets, and other property owned by and in the custody and control of Wells Fargo and Bank of America by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

4. The fraudulent scheme operated, in substance, in the following manner:

   a. Defendant NGUYEN would obtain credit cards, debit cards, checks, and other mail matter stolen from the mail and mail receptacles.

   b. Defendant NGUYEN would use the stolen credit and debit cards to withdraw money from automated teller machines at Wells Fargo

and Bank of America branch locations, including a Wells Fargo account in the names of victims B.H. and K.S., without the victims' permission or authorization. In doing so, defendant NGUYEN would falsely represent to Wells Fargo and Bank of America that he was entitled to the funds, and would conceal from Wells Fargo and Bank of America that he was not an authorized account holder of the accounts.

   c. Defendant NGUYEN would open Bank of America accounts, including a Bank of America account in the names of victims K.S. and D.B. In doing so, defendant NGUYEN would falsely impersonate victims, including victims K.S. and D.B.

   d. Defendant NGUYEN would then deposit stolen checks into Bank of America accounts, including the Bank of America account in the names of victims K.S. and D.B., without the victims' permission or knowledge. In doing so, defendant NGUYEN would falsely represent to Bank of America that he was entitled to the money from the stolen checks, and would conceal from Bank of America that he was not the authorized payee of those checks.

C. EXECUTION OF THE FRAUDULENT SCHEME

  5. On or about the following dates, in Orange County, within the Central District of California, and elsewhere, defendant NGUYEN committed the following acts, each of which constituted an execution of the fraudulent scheme:

| COUNT | DATE | EXECUTION |
|---|---|---|
| SIX | 04/27/2017 | Withdrew $300 from the Wells Fargo account in the names of victims B.H. and K.S. at a Wells Fargo automated teller machine in Fountain Valley, California. |

| COUNT | DATE | EXECUTION |
|---|---|---|
| SEVEN | 04/28/2017 | Withdrew $503 from the Wells Fargo account in the names of victims B.H. and K.S. at a Bank of America automated teller machine in Santa Ana, California. |
| EIGHT | 05/12/2017 | Attempted to deposit a stolen check issued to victim D.B. in the amount of $19,583.67 into the Bank of America account in the names of victims K.S. and D.B. in Santa Ana, California. |

COUNT NINE

[18 U.S.C. § 1028A(a)(1)]

On or about May 12, 2017, in Orange County, within the Central District of California, defendant KHOI NGUYEN knowingly possessed and used, without lawful authority, means of identification that defendant NGUYEN knew belonged to another person, namely, the name of victim D.B., during and in relation to the offense of Bank Fraud and Attempted Bank Fraud, a felony violation of Title 18, United States Code, Section 1344(2), as charged in Count Eight of this Indictment.

COUNT TEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)]

On or about August 10, 2017, in Orange County, within the Central District of California, defendant KHOI NGUYEN knowingly and intentionally possessed with intent to distribute at least five grams, that is, approximately 45.82 grams, of methamphetamine, a Schedule II controlled substance.

COUNT ELEVEN

[18 U.S.C. § 1029(a)(3)]

On or about August 10, 2017, in Orange County, within the Central District of California, defendant KHOI NGUYEN, knowingly and with intent to defraud, possessed at least fifteen counterfeit and unauthorized access devices (as defined in Title 18, United States Code, Sections 1029(e)(1) and (3)), namely, approximately 16 credit cards and debit cards, all belonging to and in the names of persons other than defendant NGUYEN, with said possession affecting interstate and foreign commerce.

COUNT TWELVE

[18 U.S.C. § 1028A(a)(1)]

On or about August 10, 2017, in Orange County, within the Central District of California, defendant KHOI NGUYEN knowingly possessed, without lawful authority, means of identification that defendant NGUYEN knew belonged to another person, namely, the name of victim W.J., during and in relation to the offense of Possession of Fifteen or More Unauthorized Access Devices, a felony violation of Title 18, United States Code, Section 1029(a)(3), as charged in Count Eleven of this Indictment.

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Acting Deputy Chief, General
Crimes Section

GABE PODESTA
Assistant United States Attorney
Terrorism and Export
Crimes Section